# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **ORDER** |
| v. | : | Hon. Peter G. Sheridan |
| MIGUEL GRULLON | : | 98-CR-00091 (PGS) |
| | : | |

This matter having come before the Court upon the September 2, 2010 *pro se* Motion by Defendant Miguel Grullon ("Defendant") to Withdraw his Guilty Plea, pursuant to Rule 60(b) of the Federal Rules of Civil Procedure; and this Court having considered the Defendant's motion and the Government's opposition thereto; and

It appearing that Rule 60(b) of the Federal Rules of Civil Procedure does not permit Defendant to challenge his criminal conviction; and

It further appearing that even if Rule 60(b) of the Federal Rules of Civil Procedure were applicable, Defendant's motion is time-barred; and

It further appearing that Defendant has exhausted his application for habeas corpus relief, pursuant to 28 U.S.C. §§ 2253(c)(1) and 2255; and

1

In the interest of justice and for good cause shown:

IT IS on this 22 day of December 2011

ORDERED that Defendant's September 2, 2010, Motion to Withdraw his Guilty Plea shall be and is hereby DENIED WITH PREJUDICE.

_____
Hon. PETER G. SHERIDAN
United States District Judge

2